WISCONSIN POWER & LIGHT COMPANY, Appellant, vs.
BERLIN LAUNDRY COMPANY, INC., Respondent.

*April 8—May 7, 1957.*

For the appellant there was a brief by *Schubring, Ryan, Petersen & Sutherland* of Madison, and oral argument by *William Ryan.*

For the respondent there was a brief and oral argument by *James L. McMonigal* of Berlin.

FAIRCHILD, J. In all respects the issues in this case are present in the Tanning Company Case, and are disposed of in accordance with the opinion in that case.

*By the Court.*—Order affirmed in so far as it denied plaintiff's motion for summary judgment; order reversed in so far as it overruled plaintiff's demurrer to the counter-claim; cause remanded with directions to sustain the demurrer and for further proceedings according to law.